USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS V. CICCONE

                              Plaintiff,

-against-

NYS TROOPER JASON PABON et al.,

                              Defendants.

25-CV-1669 (NSR)

SUPPLEMENTAL ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

      Plaintiff, who is proceeding *pro se*, brings this action under 42 U.S.C. §§ 1983 alleging that, on February 17, 2023, while Plaintiff was driving home in a borrowed vehicle, Plaintiff was subjected to an illegal search and seizure when he was pulled over by two New York State Troopers. ECF No. 1. Plaintiff claims that, despite passing sobriety and breathalyzer tests, the troopers illegally searched his vehicle, recovering narcotics from a woman's pocketbook in the back seat of the vehicle. *Id*. Consequently, Plaintiff was arrested and charged with Criminal Possession of a Controlled Substance in the Fifth and Seventh Degrees. *Id*. Plaintiff is currently incarcerated at Otisville Correctional Facility in New York.

      By order dated March 20, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

## DISCUSSION

On February 25, 2025, Plaintiff filed a Complaint against John Doe #1 of NYS Police and John Doe # 2 of NYS Police, noting that these individuals are New York State Troopers. ECF No. 1. On June 10, 2025, pursuant to the Court's April 3, 2025 *Valentin* order, the Office of the New York State Attorney General informed the Court, in writing, that the New York State Police Office of Counsel had identified the identities, badge numbers, and service addresses of the two previously unidentified New York State Troopers. ECF No. 10. The identified individuals are Investigator Jason Pabon and Trooper Joseph Campo. On June 10, 2025, Plaintiff filed an Amended Complaint against Jason Pabon and Joseph Campo. ECF No. 11.

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants, noting the updated names and addresses. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the Amended Complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension). Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants Investigator Jason Pabon and Trooper Joseph Campo, complete the USM-285 form with the address for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail a copy of this order and the Amended Complaint to the New York State Attorney General at: 78 Liberty Street, New York, New York 10007.  The Clerk of Court is further directed to mail a copy of this Order to Plaintiff and show service on the docket.

Local Civil Rule 33.2 applies to this action.

SO ORDERED.

Dated:   September 9, 2025
         White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Investigator Jason Pabon
   Badge #1208
   New York State Police, Troop F Headquarters
   55 Crystal Run Road
   Middletown, NY 10941

2. Trooper Joseph Campo
   Badge #1305
   New York State Police, Troop NYC Headquarters
   36 Thomas Street
   New York, NY 10007